UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. DECARO IV,
KEVIN MILLS,
HEZEKIAH WATSON on behalf of themselves
and all others similarly situated,

    Plaintiffs,

Case No: 8:20-cv-1815-T-60SPF

v.

ADT, INC. and DEFENDERS, INC.,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice as to all Defendants, with all parties to bear their own attorneys' fees and expenses. The parties are entering into this stipulation because the claims of the Plaintiffs and the Opt-In Plaintiffs are subject to binding arbitration or they have now agreed to binding arbitration of their FLSA claims. This stipulation does not settle or otherwise resolve the Plaintiffs' or Opt-In Plaintiffs' claims asserted in the *Complaint and Demand for Jury Trial*.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/Cynthia N. Sass | s/Steven A. Siegel |
| Cynthia N. Sass, Esquire | Steven A. Siegel, Esquire |
| Florida Bar No. 0691320 | Florida Bar No. 497274 |
| Yvette D. Everhart, Esquire | **FISHER & PHILLIPS LLP** |
| Florida Bar No. 036960 | 450 East Las Olas Boulevard, #800 |
| Amanda L. Biondolino, Esquire | Fort Lauderdale, Florida 33301 |
| Florida Bar No. 1008493 | Telephone: (954) 525-4800 |
| **SASS LAW FIRM** | Facsimile:  (954) 525-8739 |

| | |
|---|---|
| 601 W. Dr. Martin Luther King, Jr. Blvd<br>Tampa, Florida 33603<br>Telephone: (813) 251-5599<br>Facsimile:  (813) 259-9797<br>csass@sasslawfirm.com<br>yeverhart@sasslawfirm.com<br>abiondolino@sasslawfirm.com<br>and | ssiegel@fisherphillips.com<br>*Attorneys for Defendants*<br><br>Dated: August 25, 2020 |

John C. Davis, Esquire
Florida Bar No.: 827770
**LAW OFFICE OF JOHN C. DAVIS**
623 Beard Street
Tallahassee, Florida 32303
Telephone: (850) 222-4770
Facsimile:  (850) 222-3119
john@johndavislaw.net

*Attorneys for Plaintiffs*

Dated: August 25, 2020_____